COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

                                                                              )

                                                                              )              
No.  08-04-00317-CV

                                                                              )

                                                                              )                    Appeal from the

IN THE INTEREST OF BRITTNEY                    )

URBANCZYK, A MINOR CHILD                      )                383rd District
Court

                                                                              )

                                                                              )           
of El Paso County, Texas

                                                                              )

                                                                              )                 
(TC# 96AG5543)

                                                                              )

 

 

MEMORANDUM  OPINION

 

Pending before the
Court on its own initiative is the dismissal of this appeal for want of
prosecution.  Finding no Appellant=s brief has been filed, we dismiss the
appeal.

Tex.R.App.P. 42.3 states:

Under the following
circumstances, on any party=s
motion--or on its own initiative after giving ten days=
notice to all parties--the appellate court may dismiss the appeal or affirm the
appealed judgment or order.  Dismissal or
affirmance may occur if the appeal is subject to dismissal:

 

(a)        for want of jurisdiction;

 

(b)        for want of prosecution; or

 

(c)        because the appellant has failed to
comply with a requirement of these rules, a court order, or a notice from the
clerk requiring a response or other action within a specified time.

 








This Court
possesses the authority to dismiss an appeal for want of prosecution when an
appellant in a civil case fails to timely file its brief and gives no
reasonable explanation for such failure. 
Tex.R.App.P. 38.8(a)(1).

On August 11,
2004, Appellant timely filed a notice of appeal in this cause.  As of this date, no Appellant=s brief nor motion for extension of
time has been filed with the Court.  On
December 8, 2004, pursuant to
Tex.R.App.P. 38.8, this Court=s
clerk sent a letter to the parties indicating the Court=s
intent to dismiss the case for want of prosecution absent a response from any
party within ten days to show grounds for continuing the appeal.  No response has been received as of this
date.  Accordingly, pursuant to Tex.R.App.P. 42.3(b) and (c), we
dismiss the appeal for want of prosecution.

 

 

 

                                                                                  


January
13, 2005                                              

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.